UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ALBERT GEORGE,   JUDGMENT
   04-CV- 0342 (NGG)
    Plaintiff,

 -against-

DHL, JFK AIRPORT;
VINNIE MERCOGLIANO,

    Defendants.
-----------------------------------------------------------------X

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.

★ MAY 1 8 2005 ★

BROOKLYN OFFICE

  A Memorandum and Order of Honorable Nicholas G. Garaufis, United States District Judge, having been filed on May 13, 2005, granting the defendants' motion to dismiss the plaintiff's complaint; it is

  ORDERED and ADJUDGED that plaintiff take nothing of the defendants; and that the defendants' motion to dismiss the plaintiff's complaint is granted.

Dated: Brooklyn, New York
   May 13, 2005

                ROBERT C. HEINEMANN
                Clerk of Court